UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| HSBC BANK U.S.A. N.A. as indenture for the Noteholders of Renaissance Home Equity Loan Trust 2006-3, | Civil Action No. 7:11-CV-00054 (NAM/ATB) |
| Plaintiff, | **NOTICE OF APPEARANCE AS COUNSEL COUNSEL FOR PLAINTIFF** |
| -against- | |
| DOLDO & NEDDO, P.C., a professional Corporation, TODD J. DOLDO, an individual, ANTHONY M. NEDDO, an individual, and DOES 1-10, | |
| Defendants / Third Party Plaintiffs | |
| -against- | |
| SYRACUSE METRO ABSTRACT CO. INC., and LAWYERS TITLE INSURANCE COMPANY, | |
| Third Party Defendants | |

-----------------------------------------------------------------

**PLEASE TAKE NOTICE** that James R. Finn, Esq. makes his appearance in this action as counsel for Plaintiff HSBC BANK U.S.A. N.A. as indenture for the Noteholders of Renaissance Home Equity Loan Trust 2006-3. The undersigned attorney is admitted to practice before the United States District Court for the Eastern District of New York.

April 24, 2012

HOUSER & ALLISON,
A Professional Corporation

   /s/ James R. Finn
James R. Finn, Esq.
60 E. 42nd Street, Suite 1148
New York, New York 10165
Telephone: (212) 490-3333
Facsimile: (212) 490-3332
Email: jfinn@houser-law.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2012 I electronically filed a Notice of Appearance As Counsel for Plaintiff with the Clerk of the District Court using its CM/ECF system, which would then electronically notify that following CM/ECF participants on this case:

Jennifer Matthews, Esq., COSTELLO COONEY & FEARON, PLLC, Attorneys for Defendants/Third-Party Plaintiffs DOLDO & NEDDO, P.C., a professional Corporation, TODD J. DOLDO, an individual, ANTHONY M. NEDDO, an individual;

Justin W. Gray, Esq. MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP, Attorneys for Third-Party Defendants LAWYERS TITLE INSURANCE COMPANY;

James E. Eagan, Esq., FELDMAN, KIEFFER LAW FIRM, Attorneys for Third-Party Defendant SYRACUSE METRO ABSTRACT CO. INC.

And I certify that, to the best of my knowledge and information, there are no other participants on this case requiring service by any means.

April 24, 2012

HOUSER & ALLISON,
A Professional Corporation

　/s/ James R. Finn
James R. Finn, Esq.
60 E. 42nd Street, Suite 1148
New York, New York 10165
Telephone: (212) 490-3333
Facsimile: (212) 490-3332
Email: jfinn@houser-law.com
Counsel for Plaintiff